NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: BIG BABOON, INC.,**
*Appellant*

---

2014-1601

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. 90/010,961.

---

**JUDGMENT**

---

RICHARD F. MUNZINGER, Shartsis Friese LLP, San Francisco, CA, argued for appellant. Also represented by LISA ANN JACOBS.

COKE STEWART, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by NATHAN K. KELLEY, MOLLY R. SILFEN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 6, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |